| | | | |
|---|---|---|---|
| | AUSA: | Terrence Haugabook | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Erika Fabbro | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of Michigan

United States of America
 v.
Jacob Croy

Case No.

Case: 2:26−mj−30151
Assigned To : Unassigned
Assign. Date : 3/19/2026
Description: CMP USA V. CROY (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 12, 2026_____ in the county of ____Wayne____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Use mail/phone/interstate commerce for threat/false info regarding fire/bomb |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Erika Fabbro, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 19, 2026__

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

### AFFIDAVID IN SUPPORT OF A
### CRIMINAL COMPLAINT

I, Erika Fabbro, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since April of 2021. I am assigned to the FBI Toledo Joint Terrorism Task Force as part of the Counter Terrorism (CT)-3 Squad. CT-3 is responsible for investigating Domestic Terrorism cases, as well as threat to life matters and threat assessments. As part of my duties, I have investigated a range of federal violations involving telephonic threats; these investigations have included threat-to-life, bomb threats, active shooter threats, and others.

2.      As a federal agent, affiant is authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States. The statements contained in this affidavit are based on my experience and background as a special agent and on information provided by police officers, task force officers, other agents of the FBI and other law-enforcement officers. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date to show there is probable cause for issuance of a complaint

and warrant. Based on the facts contained below, there is probable cause to believe that on March 12, 2026, JACOB CROY:

    a. through the use of the telephone, an instrument of interstate or foreign commerce, maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt to unlawfully damage or destroy any building, vehicle, or other real or personal property by means of a fire or an explosive, in violation of Title 18 U.S.C. Section 844(e); and

3.    On March 12th, 2026, at approximately 8:50am, a man identifying as John McCoy, later identified as JACOB CROY, using mobile cellular telephone number (419) 261-7863 (TARGET CELLULAR DEVICE), called the publicly available Toledo FBI phone number and requested a return call regarding a matter in Chicago. He was referred to the Chicago Field Office but continued to ask for someone from the Toledo Resident Agency to call him. At 10:37am, the same individual using the same TARGET CELLULAR DEVICE, again called the publicly available Toledo FBI phone number and made statements about bombs at 420 Madison, stating that everyone needs to stay put. He also stated again that he was John McCoy and someone needed to call him back "right now" and then hung up the line.

4.      At approximately 9:45am, the same TARGET CELLULAR DEVICE called FBI Chicago and CROY stated he had placed bombs around the building. He stated it was not a drill, it was real, and it was an act of terrorism. Croy also advised the FBI to return his call.

5.      At approximately 10:58am and 11:02am, affiant and other agents from the FBI Toledo Resident Agency called the TARGET CELLULAR DEVICE and again spoke with "John McCoy" who later identified himself as Jacob CROY. This call was recorded using electronic equipment. CROY said he needed to hear from someone at Homeland Security that had previously contacted him. During this recorded call, CROY admitted to making the threat, and stated he did it to "get your goddamn attention." He repeated that he had said "there is a bomb at 420 Madison, a threat to national security." When asked how the bombs got there he said, "Who the hell knows, that's for you to figure out." CROY also made statements about bombs being "all over," and he did not know when they were placed. He also stated that bombs would "dismember", and people would die. CROY said he would do whatever it takes to get a call back and then asked if he needed to get gas, like tear gas and that it was a "demand at this point." CROY stated he was currently staying at the Quality Inn in Monroe, Michigan and would be there the remainder of the day.

6. During this same call, "John McCroy" admitted his true name was Jacob CROY and provided his date of birth and social security number. All the identifiers provided were consistent with Jacob CROY.

7. FBI Toledo coordinated with Toledo Police Department and Bomb sniffing dogs were deployed to sweep the Federal building with Agents on each floor doing walk throughs for suspicious packages. All areas accessible to the public were swept. No bombs or suspicious packages were located in the building.

8. FBI Chicago had the on-duty bomb tech conduct sweeps of the office and the perimeter. No hazards were identified.

9. In a follow up call with Chicago FBI, CROY admitted to calling in the bomb threat and stated there were no bombs; he also stated he did not care about wasting resources in order to get things done.

10. An emergency disclosure request on March 12, 2026, to T-Mobile, showed the above calls from the TARGET CELLULAR DEVICE to the above FBI numbers, and subscriber information for an individual named Troy Oscar, later identified as CROY's stepfather. It also showed at least three phone calls to the United States Secret Service (USSS) and at least one phone call to the FBI Los Angeles Division and the Department of Homeland Security on March 12, 2026. An emergency ping placed the TARGET CELLULAR DEVICE in the vicinity of

the Quality Inn on North Dixie Highway in Monroe, Michigan consistent with CROY's stated current location.

11.     By way of background, the Federal building at 420 Madison Ave in Toledo, Ohio is home to an FBI field office, a US Senator's office, US Coast Guard offices, and City of Toledo Utility offices. When CROY dialed the phone number for the FBI office, he, like all callers, listened to a recording identifying the Federal Bureau of Investigation, Toledo Resident Agency before proceeding with the phone call.

12.     A local warrant was issued for CROY's arrest based on the above information. FBI Toledo and Monroe Police Department took CROY into custody in Monroe, Michigan on March 12, 2026. In a custodial interview following the arrest, CROY waived his Miranda rights, again admitted to making the bomb threats, and stated that he did it to get the attention of the FBI. The TARGET CELLULAR DEVICE was seized and placed into Monroe Police Department Evidence.

Based on my training and experience and the information set forth above, there is probable cause to believe that CROY violated 18 U.S.C. Section 844(e), as stated herein, and did through the use of the telephone, an instrument of interstate or foreign commerce, maliciously convey false information knowing the same to be false, concerning an attempt or alleged attempt to unlawfully damage or

destroy any building, vehicle, or other real or personal property by means of a fire or an explosive, in and affecting interstate or foreign commerce.

13. Accordingly, I respectfully request that the Court issue a Criminal Complaint and arrest warrant for JACOB CROY.

Respectfully submitted,

Special Agent Erika Fabbro
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

Date:     March 19, 2026